IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00751-ZLW-CBS

KENNETH W. SATTERFIELD,

    Plaintiff,

v.

LOREN E. ENNIS,
LOGAN JEFFREY DAVIS,
LINDA DALY,
WILLIAM UPHOLD,
DDUE LLC, f/k/a GRAND VALLEY ESTATES DEVELOPMENT COMPANY, LLC, and
GRAND VALLEY ESTATES DEVELOPMENT, LLC,

    Defendants.

---

ORDER

---

The matter before the Court is Plaintiff's Motion To Dismiss The Grand Valley Defendants' Counter-claim (sic). On June 16, 2008, Defendants Logan Jeffrey Davis, Linda Daly, William Uphold, DDUE LLC, and Grand Valley Estates Development, LLC (collectively, Grand Valley Defendants) filed their First Amended Counterclaim and Cross-claim (Doc. No. 32). This amended pleading supercedes the original and renders it of no legal effect.[1] Therefore, it is

ORDERED that Plaintiff's Motion To Dismiss The Grand Valley Defendants' Counter-claim (Doc. No. 19) is denied as moot, without prejudice to Plaintiff filing a new motion to dismiss addressing the Grand Valley Defendants' amended pleading. It is

---

[1] See Davis v. TXO Prod. Corp., 929 F.2d 1515, 1517 (10th Cir. 1991).

FURTHER ORDERED that the hearing on Plaintiff's Motion To Dismiss The Grand Valley Defendants' Counter-claim, previously set for July 15, 2008, is vacated. The July 15, 2008, hearing will proceed as scheduled on Defendants' Motion To Dismiss Crossclaim (Doc. No. 10).

DATED at Denver, Colorado, this  17th   day of June, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court