IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00751-ZLW-CBS

KENNETH W. SATTERFIELD,

    Plaintiff,

v.

LOREN E. ENNIS,
LOGAN JEFFREY DAVIS,
LINDA DALY,
WILLIAM UPHOLD,
DDUE LLC, f/k/a GRAND VALLEY ESTATES DEVELOPMENT COMPANY, LLC, and
GRAND VALLEY ESTATES DEVELOPMENT, LLC,

    Defendants,

and

LOREN E. ENNIS,

    Third Party Plaintiff,

v.

LOGAN JEFFREY DAVIS,

    Third Party Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Upon review of parties' "Unopposed Partial Stipulation of Dismissal with Prejudice and Request to Vacate Hearing" (*doc. # 75*) filed November 12, 2008, the court hereby VACATES the hearing set for November 13, 2008.

    IT IS ORDERED that Defendant Ennis' "Response to Subpoena" (docketed as a "Motion for Protective Order") (*doc. # 65*) is MOOT.

**DATED:** November 13, 2008