IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00751-ZLW-CBS

KENNETH W. SATTERFIELD,

    Plaintiff,

v.

LOREN E. ENNIS,
LOGAN JEFFREY DAVIS,
LINDA DALY,
WILLIAM UPHOLD,
DDUE LLC, f/k/a GRAND VALLEY ESTATES DEVELOPMENT COMPANY, LLC, and
GRAND VALLEY ESTATES DEVELOPMENT, LLC,

    Defendants.

---

## ORDER

---

Pursuant to and in accordance with Defendants' Unopposed Partial Stipulation Of Dismissal With Prejudice[1] (Doc. No. 75), it is

ORDERED that all remaining cross-claims asserted by and between the Defendants in this case are dismissed with prejudice. Specifically, it is

ORDERED that Defendant and Cross-claimant Loren E. Ennis' cross-claims for Unjust Enrichment and Breach of Fiduciary Duty against Defendants Logan Jeffrey Davis, Linda Daly, William Uphold, DDUE LLC, and Grand Valley Estates Development, LLC (collectively, the Grand Valley Defendants) are dismissed with prejudice. It is

---

[1] On November 13, 2008, Magistrate Judge Craig B. Shaffer ruled on the "Request To Vacate Hearing" contained within the present motion. See Doc. No. 76. In the future, counsel shall not include more than one motion within one document. See D.C.COLOLCivR 7.1C. ("A motion shall be made in a separate paper.").

FURTHER ORDERED that Ennis' Amended Crossclaim Pursuant To Order Dated July 2, 2008 (Doc. No. 48) is dismissed with prejudice. It is

FURTHER ORDERED that the Grand Valley Defendants' cross-claims against Loren E. Ennis for Breach of Amended Operating Agreement/Declaratory Judgment, Negligent Misrepresentation, Breach of Fiduciary Duty, Breach of Contract/Operating Agreement, Abuse of Process, Fraud, and Exemplary Damages are dismissed with prejudice. It is

FURTHER ORDERED that Defendants Logan Jeffrey Davis, Linda Daly, William Uphold, DDUE, LLC, And Grand Valley Estates Development LLC's First Amended Counterclaim And Cross-claim (Doc. No. 32) is dismissed with prejudice. It is

FURTHER ORDERED that the parties shall pay their own attorneys' fees and costs. It is

FURTHER ORDERED that, as a result of this Order, the only claims remaining in this case are those pleaded in Plaintiff's First Amended Complaint And Jury Demand (Doc. No. 1, Ex. A).

DATED at Denver, Colorado, this 24th day of November, 2008.

BY THE COURT:

_____
ZITA . WEINSHIENK, Senior Judge
United States District Court